# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>David Charles Rhine<br><br>_Defendant_ | ) Case: 1:21-mj-00646<br>) Assigned To : Harvey, G. Michael<br>) Assign. Date : 11/4/2021<br>) Description: COMPLAINT W/ ARREST WARRANT<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_ __David Charles Rhine__,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1)- Entering and Remaining in a Restricted Building or Grounds

18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds

40 U.S.C. § 5104(e)(2)(D)- Disorderly Conduct in a Capitol Building

40 U.S.C. § 5104(e)(2)(G)- Parading, Demonstrating, or Picketing in a Capitol Building

Date: 11/04/2021

_Issuing officer's signature_
Digitally signed by G. Michael Harvey
Date: 2021.11.04 12:27:22 -04'00'

City and state: Washington, D.C.
G. Michael Harvey, U.S. Magistrate Judge
_Printed name and title_

---

### Return

This warrant was received on _(date)_ 4 Nov 2021, and the person was arrested on _(date)_ 9 Nov 2021
at _(city and state)_ Gig Harbor, WA.

Date: 9 Nov 2021

_Arresting officer's signature_

Marty Trevino Task Force Officer
_Printed name and title_